TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

JS-6

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (480) 247-9644
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Rachel Valenciano

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Rachel Valenciano, <br><br>          Plaintiffs, <br><br>     vs. <br><br> Central Credit Services, Inc., <br><br>          Defendants. | Case No.: 2:15-cv-01107-GW-JPR <br><br> **ORDER** |

1
2
    Based on the Stipulation of counsel, the case is dismissed without prejudice, each party to bear its own attorney fees and costs.

3
4
Date: April 17, 2015

                                      _____

5
6
George H. Wu,

United States District Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28